# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHANE L. PITMAN, | ) No. CV 08-06161-DSF (VBK) |
| Petitioner, | ) ORDER (1) ACCEPTING AND ADOPTING |
| | ) THE REPORT AND RECOMMENDATION OF |
| v. | ) THE UNITED STATES MAGISTRATE |
| | ) JUDGE, AND (2) DISMISSING THE |
| T. FELKER, | ) PETITION FOR WRIT OF HABEAS |
| | ) CORPUS |
| Respondent. | ) |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition to the Motion to Dismiss, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, except as follows:

p. 3, ln. 20: "(1)" should read "(2)";

p. 11, ln. 17: the citation should read "<u>Baker v. State of California</u>, 2000 WL 74071 at *1 n.1 (N.D. Cal. 2000)";

p. 12, ln. 15: the citation should read "<u>Duncan v. Walker</u>, 533 U.S. 167, 168 (2001)";

     p.12, ln. 18: "habeas was filed" should read "habeas petition is filed";

     p. 12, ln. 20: "(9th Cir. )" should read "(9th Cir. 1999)";

     p. 14, ln. 2: The case name is <u>Pace v. DiGuglielmo</u>;

(2) Respondent's Motion to Dismiss is **GRANTED**, and (3) Judgment be entered dismissing the Petition with prejudice.

DATED: 8/10/09

*Dale S. Fischer*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE