JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANE L. PITMAN, | ) No. CV 08-06161-DSF (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| T. FELKER, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 8/10/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE